

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GILBERTO BELTRAN SALAZAR (4)

        Defendant.

CASE NO. 18CR0389-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:1956(h); 28:2461(c) Money Laundering Conspiracy; Criminal Forfeiture 18:371; 28:2461(c) Conspiracy; Criminal Forfeiture 18:1960(a); 18:2; 28:2461(c) Operation of Unlicensed Money Transmitting Business; Aiding and Abetting; Criminal Forfeiture 18:1956(a)(2)(A);18:2; 28:2461(c) - Money Laundering; Aiding and Abetting; Criminal Forfeiture

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/6/18

WILLIAM Q. HAYES, US DISTRICT JUDGE